**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JE MATADI, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-0202 |
| | § | |
| PAYLESS BEAUTY, INC. and | § | |
| AMAZON.COM, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The defendant's consent motion for extension of time to answer or respond to plaintiff's complaint, (Docket Entry No. 15), is granted. Defendant must file an answer or otherwise respond to plaintiff's complaint no later than July 9, 2014.

SIGNED on June 20, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge